UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JERRY DOE, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01299<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF NO. 2) |

　　　Plaintiff Charles L. Davis is a prisoner at Kings County Jail who proceeds *pro se* in this action brought pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On September 16, 2019, Plaintiff filed a motion to proceed *in forma pauperis* in this matter. (ECF No. 2.) Plaintiff has made the showing required by 28 U.S.C. § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The Sheriff of Kings County, California or his designee is required to send to the Clerk of Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2.) is GRANTED;
2. **The Sheriff of Kings County, California or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of Court. The payments shall be clearly identified by the name and case number assigned to this action;**
3. The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Sheriff of Kings County, California, or his designee; and
4. The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **October 3, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE